[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 12, 2010
JOHN LEY
CLERK

No. 09-16098
Non-Argument Calendar
_____

D. C. Docket No. 09-00026-CR-002-CAR-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MATA-CAMACHO,
a.k.a. Ramiro Suselo Hernandez,
a.k.a. Audenes Camacho-Catalan,
a.k.a. Hector Luis Rodriguez,
a.k.a. David Jason Ortega,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(July 12, 2010)

Before EDMONDSON, MARTIN and FAY, Circuit Judges.

PER CURIAM:

John Francisco, appointed counsel for Jose Mata-Camacho in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mata-Camacho's conviction and sentence are **AFFIRMED**.